[No. 8076–8–I.  Division One.  May 26, 1981.]

CHEMSTOP SALES CORPORATION, *Respondent,* v. LARRY
PAVEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 813463, Francis E. Holman, J., entered Sep-
tember 14, 1979. *Affirmed in part* and *reversed in part* by
unpublished opinion per Durham, J., concurred in by Ring-
old, A.C.J., and Swanson, J.

[No. 7760–1–I.  Division One.  May 26, 1981.]

ROBERT C. COPPER, ET AL, *Appellants,* v. DAVID G.
ROBISON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 54296, Marshall Forrest, J., entered
May 31, 1979. *Affirmed* by unpublished opinion per Dur-
ham, J., concurred in by James, C.J., and Corbett, J.

[No. 4308–II.  Division Two.  May 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
E. GREGORY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79–1–00178–1, Jay W. Hamilton, J., entered
September 21, 1979. *Dismissed* by unpublished opinion per
Petrich, J., concurred in by Petrie, A.C.J., and Pearson, J.

[No. 4598–II.  Division Two.  May 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD L.
HOINESS, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 6953, William L. Dowell, J., entered
February 14, 1980. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Pearson, J.